# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| David Meyer, et al<br>*Plaintiff(s)*<br>v.<br>Kwame Raoul, et al<br>*Defendant(s)* | )<br>)<br>) Case Number: 3:21 CV 518<br>)<br>) |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for David Meyer, Mitchell Nalley, Eva Davis, Second Amendment Foundation, Inc., Illinois State Rifle Association, Firearms Policy Coalition, Inc.

DATED: June 17, 2021

/s/ David G. Sigale
Signature

David G. Sigale
Name

430 W. Roosevelt Rd., Wheaton, IL 60187
Address

630.452.4547
Phone Number

630.596.4445
Fax Number

dsigale@sigalelaw.com
E-Mail Address

Rev. 2/11