UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DAVID MEYER, MITCHELL NALLEY, EVA DAVIS, SECOND AMENDMENT FOUNDATION, ILLINOIS STATE RIFLE ASSOCIATION, and FIREARMS POLICY COALITION, INC., | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 3:21-cv-00518-DWD |
| KWAME RAOUL, in his individual capacity and in his official capacity as Attorney General of Illinois, BRENDAN F. KELLY, in his individual capacity and in his official capacity as Director of the Illinois State Policy, JOSHUA C. MORRISON, in his individual capacity and in his official capacity as State's Attorney of Fayette County, Illinois, JAMES GOMRIC, in his individual capacity and in his official capacity as State's Attorney of St. Clair County, Illinois, ERIC WEIS, in his individual capacity and In his official capacity as State's Attorney of Kendall County, Illinois, CHRISTOPHER PALMER, in his individual capacity and in his official capacity as Sheriff of Fayette County, Illinois, RICHARD WATSON, in his individual capacity and in his official capacity as Sheriff of St. Clair County, Illinois, DWIGHT A. BAIRD, in his individual capacity and in his official capacity as Sheriff of Kendall County, Illinois, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

## **JURY DEMAND**

COMES NOW, **Defendants, James Gomric, in his individual capacity and in his office capacity as State's Attorney of St. Clair County, Illinois, and Richard Watson, in his individual capacity and in his official capacity as Sheriff of St. Clair**

**County, Illinois**, by and through their attorneys, BECKER, HOERNER & YSURSA,

P.C., and hereby demand TRIAL BY JURY on all Counts so-triable.

                                                **BECKER, HOERNER & YSURSA P.C.**

                                          By:   Thomas J. Hunter, Bar No. 6256119

*ATTORNEY FOR DEFENDANT/S:*

BECKER, HOERNER & YSURSA, P.C.
5111 West Main Street
Belleville, Illinois 62226
Tel: (618) 235-0020
Fax: (618) 235-8558
tjh@bhylaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on **July 2, 2021**, I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notice of such filing to all attorneys of record.

ATTORNEYS FOR PLAINTIFFS:

Christian D. Ambler – cambler@stonejohnsonlaw.com
David G. Sigale – dsigale@sigalelaw.com
David H. Thompson – dthompson@cooperkirk.com
Peter A. Patterson – ppaterson@cooperkirk.com
William V. Bergstrong – wbergstrom@cooperkirk.com

ATTORNEYS FOR DEFENDANTS: Baird, Morrison, Palmer and Weis

Benjamin Jacobi – bjacobi@okgc.com
Karen L. McNaught – kmcnaught@okgc.com

                                                s/ Thomas J. Hunter