IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID MEYER, et al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 3:21-cv-518-DWD |
| | ) |
| KWAME RAOUL, et al, | ) |
| | ) |
| Defendants. | ) |

### ORDER

**DUGAN, District Judge:**

Pursuant to 28 U.S.C. § 455, the undersigned judge hereby RECUSES himself from further proceedings in the above-captioned matter. The Clerk of Court has reassigned this matter to United States District Judge Staci M. Yandle. All future documents filed in this matter shall bear the case number 3:21-cv-518-SMY.

SO ORDERED.

Dated: October 21, 2021

_____
**DAVID W. DUGAN**
**United States District Judge**