# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DAVID MEYER, et al.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| -v- | ) Case No.   21-cv-518-SMY |
| | ) |
| **KWAME RAOUL, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## MINUTES OF TELEPHONIC SCHEDULING CONFERENCE

**PRESIDING: Hon. Staci M. Yandle, U.S. District Judge**

**DATE:** January 26, 2022

**COURT REPORTER:**   Chris LaBuwi   **COURTROOM DEPUTY:**   Stacie Hurst

**COUNSEL FOR PLAINTIFFS:**   Peter Patterson, William Bergstrom

**COUNSEL FOR DEFENDANTS RAOUL AND KELLY:**   Aaron Wenzloff, Isaac Jones

**COUNSEL FOR DEFENDANTS MORRISON, WEIS, PALMER, BAIRD:**   Karen McNaught

**COUNSEL FOR DEFENDANT GOMRIC, WATSON:**   Thomas Hunter

**TIME:**   10 minutes

This hearing took place via telephone.

This matter is called for scheduling conference.

The Court ORDERS all proceeding STAYED for 45 days.   The parties are ORDERED to meet and confer to resubmit a joint report pursuant to this Court's Case Management Procedures.

The Court RESETS the Scheduling Conference for March 11, 2022, at 9:30 a.m. via telephone. Instructions for joining the conference call are as follows: Call toll free 877-873-8017; when prompted enter Access Code 4354777; followed by Security Code 2120. The attorney who is most familiar with the case should participate in the conference.