**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ILLINOIS**

DAVID MEYER, et al.,                          )
                                              )
      Plaintiffs,                         )
                                              )   CIVIL ACTION NO. 3:21-cv-
v.                                            )   00518-SMY
                                              )
KWAME RAOUL, et al.,                          )
                                              )
      Defendants.                         )

<u>**MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF**</u>

Plaintiffs, by and through their attorneys, pursuant to Local Rule 7.1(c), respectfully move for leave to file a supplemental brief in opposition to Defendants' motions to dismiss. In their motions, the County Defendants argue that Plaintiffs lack standing because they do not face a "certainly impending" injury, in part predicated on the fact that Plaintiff Eva Davis did not have a Firearm Owner Identification ("FOID") Card and no Plaintiff owned a firearm. *See, e.g.*, Kendall Cnty. and Fayette Cnty. Defs.' Mot. to Dismiss Pursuant to Rules 12(b)(1) & 12(b)(6) at 13, Doc. 47 (July 29, 2021) ("Plaintiffs do not even own the firearms that they seek to carry in public, and Plaintiff Evans [sic] does not have a FOID card."). However, since Plaintiffs filed their brief in opposition to the motions to dismiss, Eva Davis has been issued a FOID card and will soon be gifted a Glock 42 handgun. Because this new factual development bears directly on the threshold issues of standing and ripeness, Plaintiffs should be permitted to address its impact in a short supplemental brief.

WHEREFORE, Plaintiffs respectfully request permission to file the attached supplemental brief in opposition to Defendants' motions to dismiss.

Dated: March 1, 2022                          Respectfully Submitted,

1

Christian D. Ambler
STONE & JOHNSON, CHTD.
111 West Washington Street
Suite 1800
Chicago, Illinois 60602
(312) 332-5656
cambler@stonejohnsonlaw.com

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, Illinois 60187
(630) 452-4547
dsigale@sigalelaw.com

s/David H. Thompson
David H. Thompson*
Peter A. Patterson*
William V. Bergstrom*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

2

**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| DAVID MEYER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) CIVIL ACTION NO. 3:21-cv- |
| v. | ) 00518-DWD |
| | ) |
| KWAME RAOUL, et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2022, I caused the foregoing to be filed using the CM/ECF system, which will send notification of such filing to counsel of record, who are registered CM/ECF participants.

Christian D. Ambler
STONE & JOHNSON, CHTD.
111 West Washington Street
Suite 1800
Chicago, Illinois 60602
(312) 332-5656
cambler@stonejohnsonlaw.com

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, Illinois 60187
(630) 452-4547
dsigale@sigalelaw.com

s/David H. Thompson
David H. Thompson*
Peter A. Patterson*
William V. Bergstrom*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*