**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| DAVID MEYER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) CIVIL ACTION NO. 3:21-cv- |
| v. | ) 00518-SMY |
| | ) |
| KWAME RAOUL, et al., | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF EVA DAVIS**

I, Eva Davis, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a citizen of Kendall County, Illinois, over the age of eighteen and under the age of twenty-one.

2. I applied for a Firearm Owners Identification Card on March 25, 2021.

3. My FOID card was issued to me on November 8, 2021.

4. My father purchased a Glock 42 handgun on February 28. Following the mandatory three-day waiting period before he can pick it up, he will gift it to me.

5. Although I had desired to possess a Beretta Pico handgun, my father chose to purchase a Glock 42 because the Beretta was not in stock.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on March __1__, 2022

Eva Davis