IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID MEYER, et al., </br></br> Plaintiffs, </br></br> v. </br></br> KWAME RAOUL, et al., </br></br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) </br> CIVIL ACTION NO. 3:21-cv-00518-SMY |

### DECLARATION OF EVA DAVIS

I, Eva Davis, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a citizen of Kendall County, Illinois, over the age of eighteen and under the age of twenty-one.

2. I applied for a Firearm Owners Identification Card on March 25, 2021.

3. My FOID card was issued to me on November 8, 2021.

4. My father purchased a Glock 42 handgun on February 28. Following the mandatory three-day waiting period before he can pick it up, he will gift it to me.

5. Although I had desired to possess a Beretta Pico handgun, my father chose to purchase a Glock 42 because the Beretta was not in stock.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on March __1__, 2022

*Eva Davis* (signature)

Eva Davis