**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| David Meyer, Mitchell Nalley, Eva Davis, Second Amendment Foundation, Illinois State Rifle Association, and Firearms Policy Coalition, Inc., | |
| Plaintiffs, | 21-cv-518-SMY |
| v. | Judge Yandle |
| Kwame Raoul, Brendan F. Kelly, Joshua C. Morrison, James Gomric, Eric Weis, Christopher Palmer, Richard Watson, and Dwight A. Baird, | |
| Defendants. | |

**UNOPPOSED MOTION FOR EXTENSION OF CASE DEADLINES**

Defendants in their official capacities Illinois Attorney General Kwame Raoul and Illinois State Police Director Brendan Kelly (collectively, the "State Parties") respectfully move on an unopposed basis for an order extending all deadlines in the above-captioned matter to give the parties time to narrow, or potentially resolve, certain significant disputes about the scope of discovery that have arisen. In support of their motion, the State Parties state:

1.     On March 11, 2022 the Court entered a Scheduling Order that (a) ordered discovery completed by August 29, 2022; (b) ordered dispositive motions filed by September 30, 2022; (c) set a pretrial conference for January 11, 2023; and (d) set this matter for jury trial on January 23, 2023. *See* Scheduling Order, ECF 77, at 2. The Scheduling Order also requires the parties to "comply with the meet-and-confer requirements of Fed. R. Civ. P. 37 prior to contacting the Court with discovery disputes or filing motions." *Id.*

2.     Since the Court entered the Scheduling Order the State Parties have served discovery requests, including (a) requests to produce to all plaintiffs, (b) interrogatories to all plaintiffs, (c) deposition notices directed to individual plaintiffs David Meyer, Mitchell Nalley, and Eva Davis pursuant to Fed. R. Civ. P. 30, and (d) deposition notices directed to association plaintiffs Second

Amendment Foundation, Illinois State Rifle Association, and Firearm Policy Coalition pursuant to Fed. R. Civ. P. 30(b)(6). In response to the State Parties' discovery requests, plaintiffs have produced certain documents, responded to certain interrogatories, and allowed depositions of plaintiffs David Meyer and Eva Davis. In addition, however, plaintiffs have asserted numerous objections to discovery requests and deposition topics the State Parties believe are essential to their ability to present a defense to plaintiffs' claims, and have stated they will not produce this information in any form, including by producing documents, responding to interrogatories, or preparing a witness to testify to these issues in response to a notice of subpoena under Fed. R. Civ. P. 30(b)(6). The parties have met and conferred, but certain issues remain in dispute.

3.      Good cause exists to order a 45-day extension of all case deadlines. *See* Fed. R. Civ. P. 6(b) ("When an act may or must be done within a specified time, the court may, for good cause, extent the time . . . ."). Given that discovery is currently scheduled to close on August 29, 2022, a 45-day extension of all case deadlines in this matter will provide the parties with the time necessary to discuss and narrow, or perhaps resolve, the issues now in dispute. Moreover, a 45-day extension will allow the parties to fully comply with the spirit of the Court's order that they meet and confer prior to filing any discovery motions.

4.      The State Parties desire to resolve these issues without the Court's assistance, and appreciate the extent to which all parties have made themselves available to meet and confer to date. If, however, the parties are unable to resolve outstanding discovery disputes, the State Parties will seek relief from the Court consistent with the requirements of the Scheduling Order and the Federal Rules, and will seek an additional extension of discovery deadlines to the extent necessary to allow discovery to be completed appropriately following the Court's ruling.

5.      Plaintiffs and all other defendants have informed the State Parties that they consent to the 45-day extension requested in this motion. This is the first request for an extension of discovery deadlines in this matter.

**CONCLUSION**

For these reasons, the State Parties respectfully request the Court grant their unopposed motion, extend all case deadline by 45-days, and order that (a) the deadline for the completion of discovery be extended from August 29, 2022 to October 13, 2022; (b) the deadline for the filing of dispositive motions be extended from September 30 to November 14, 2022; (c) the date for the pre-trial conference be reset from January 11, 2023 to February 27, 2022, or another date convenient for the Court; and (d) the date for trial be extended from January 23, 2023 to March 9, 2023, or another date convenient for the Court.

Dated: August 5, 2022                              Respectfully submitted,

Laura K. Bautista #6289023                        KWAME RAOUL, Attorney General of the
500 South Second Street                            State of Illinois,
Springfield, IL 62701
Phone: (217) 782-5819                              Attorney for Defendants Attorney General
Fax: (217) 524-5091                                Kwame Raoul and Director Brendan Kelly,
laura.bautista@ilag.gov
                                                   By: _/s/ Isaac Freilich Jones_
Aaron P. Wenzloff, #6329093                            Isaac Freilich Jones, #6323915
100 West Randolph Street, 11th Floor                   Office of the Illinois Attorney General
Chicago, IL 60601                                      100 W. Randolph Street, 11th Floor
(312) 814-3000                                         Chicago, Illinois 60601
aaron.wenzloff@ilag.gov                                (312) 814-3000
                                                       isaac.freilichjones@ilag.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2022, I caused the foregoing to be filed using the CM/ECF system, which will send notification of such filing to counsel of record, who are registered CM/ECF participants.

Laura K. Bautista #6289023
500 South Second Street
Springfield, IL 62701
Phone: (217) 782-5819
laura.bautista@ilag.gov

Aaron P. Wenzloff, #6329093
100 West Randolph Street, 11th Floor
Chicago, IL 60601
(312) 814-3000
aaron.wenzloff@ilag.gov

By:   */s/ Isaac Freilich Jones*
       Isaac Freilich Jones, #6323915
       Office of the Illinoi Attorney General
       100 W. Randolph Street, 11th Floor
       Chicago, Illinois 60601
       Phone: (312) 814-3000
       isaac.freilichjones@ilag.gov

4