IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID MEYER, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) CIVIL ACTION NO. 3:21-cv-<br>) 00518-SMY ) |
| KWAME RAOUL, et al., | ) ) ) |
| Defendants. | ) |

## STIPULATION OF THE PARTIES

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective undersigned attorneys, that plaintiff Mitchell Nalley's claims are moot because he has reached the age of 21 and is no longer subject to the laws challenged by Plaintiffs in this case. It is further stipulated that all claims against James Gomric and Richard Watson (the St. Clair County Defendants) should be dismissed without prejudice and without costs, disbursements or attorney fees to any of the parties hereto. It is further stipulated that all claims against the remaining defendants in their individual capacities, and all claims for nominal damages, should likewise be dismissed without prejudice, and without costs, disbursements or attorney fees to any of the parties hereto. This stipulation does not apply to the claims of the remaining defendants in their official capacities, or for declaratory and injunctive relief, which are not dismissed.

COOPER & KIRK, PLLC

Dated: September 6, 2022

/s/ David H. Thompson
David H. Thompson*
Peter A. Patterson*
William V. Bergstrom*
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com

ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com

&

LAW FIRM OF DAVID G. SIGALE, P.C.
David Sigale
430 West Roosevelt Road
Wheaton, Illinois 60187
(630) 452-4547
disagle@sigalelaw.com

*Admitted *pro hac vice*

**ATTORNEYS FOR PLAINTIFFS**


ILLINOIS ATTORNEY GENERAL

Dated: September 6, 2022

/s/Aaron P. Wenzloff
Laura K. Bautista
Isaac N. Freilich Jones
Aaron P. Wenzloff
Office of the Illinois Attorney General
500 South Second Street
Springfield, IL 62701
Phone: (217) 557-0261
laura.bautista@ilag.gov
isaac.freilichjones@ilag.gov
aaron.wenzloff@ilag.gov

**ATTORNEYS FOR DEFENDANTS RAOUL AND KELLY**


BECKER, HOERNER & YSURSA, P.C.

Dated: September 6, 2022

/s/ Thomas J. Hunter
Thomas J. Hunter
Thomas R. Ysursa
5111 West Main Street
Belleville, Illinois 62226
(618) 235-0020
(618) 235-8558 (fax)
tjh@bhylaw.com
try@bhylaw.com

|  |  |
|---|---|
|  | **ATTORNEY FOR DEFENDANTS GOMRIC AND WATSON** |
|  | O'HALLORAN KOSOFF GEITNER & COOK, LLC |
| Dated: September 6, 2022 | /s/ Joseph Bracey<br>Joseph Bracey<br>Bhairav Radia<br>650 Dundee Road, Suite 475<br>Northbrook, Illinois 60062<br>(847) 291-0200<br>(847) 291-9230 (fax)<br>jbracey@okgc.com<br>bradia@okgc.com |
|  | **ATTORNEYS FOR DEFENDANTS WEIS, BAIRD, MORRISON, AND PALMER** |