#### IN THE UNITED STATES DISTRICT COURT FOR
#### THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID MEYER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KWAME RAOUL, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 3:21-cv-<br> ) 00518-SMY <br> ) <br> ) <br> ) <br> ) |

### PLAINTIFFS' MOTION TO AMEND COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15, Plaintiffs respectfully request that the Court permit them to file an amended complaint which will be submitted via email.

1. Rule 15(a) provides that after a responsive pleading has been filed, "a party may amend the party's pleading only by leave of the court or by written consent of the adverse party; and leave shall be freely given when justice so requires." Fed. R. Civ. P. 15(a).

2. In this case, all Defendants have consented to the filing an amended complaint, which is in the interest of justice and will streamline this case.

3. The proposed substantive changes set forth in the amended complaint are generally, as follows:

   a. Plaintiff Mitchell Nalley's claims are removed because he is now 21 years old and his claims are moot;

   b. all claims against Defendants James Gomric and Richard Watson are removed;

   c. in light of the Supreme Court's decision in *New York State Rifle & Pistol Association, Inc. v. Bruen*, 142 S. Ct. 2111 (2022), Plaintiffs' claim that the Carry Ban is unconstitutional as-applied to 18-to-20-year-old women is removed;

      d. all the remaining claims are limited to seeking declaratory and injunctive relief against the remaining Defendants in their official capacities.

4. Amendment will permit the parties to litigate the case with a complaint that accurately reflects the current status of Plaintiffs' claims and it should be allowed. *See Loja v. Main Street Acquisition Corp.*, 906 F.3d 680, 685 (7th Cir. 2018).

5. Finally, Plaintiffs note that there are currently pending before the Court motions to dismiss filed by all Defendants. *See* Docs. 47, 52, 53. Defendants Gomric and Watson's motion, Doc. 52, is rendered moot by the proposed amendments to the Complaint. But the parties agree that the other motions should be carried forward to the new complaint and considered on the existing briefing irrespective of Plaintiffs' amendment.

Dated: October 18, 2022

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, Illinois 60187
(630) 452-4547
dsigale@sigalelaw.com

Respectfully Submitted,

s/David H. Thompson
David H. Thompson*
Peter A. Patterson*
William V. Bergstrom*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com

*Admitted *pro hac vice*

# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID MEYER, et al., | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO. 3:21-cv-00518-DWD |
| KWAME RAOUL, et al., | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2022, I caused the foregoing to be filed using the CM/ECF system, which will send notification of such filing to counsel of record, who are registered CM/ECF participants.

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, Illinois 60187
(630) 452-4547
dsigale@sigalelaw.com

s/David H. Thompson
David H. Thompson*
Peter A. Patterson*
William V. Bergstrom*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*