UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| DAVID MEYER, et al., ) | |
| ) | |
| Plaintiffs, ) | No. 3:21-cv-00518-SMY |
| ) | |
| v. ) | |
| ) | |
| KWAME RAOUL, et al., ) | |
| ) | |
| Defendants. ) | |

**FAYETTE AND KENDALL COUNTY DEFENDANTS'**
**FIRST REQUESTS FOR ADMISSION DIRECTED TO EACH PLAINTIFF**

Defendants, (1) Joshua Morrison, in his official capacity as State's Attorney for Fayette County, Illinois, (2) David Russell,[1] in his official capacity as Sheriff for Fayette County, Illinois (3) Eric Weiss, in his official capacity as State's Attorney for Kendall County, Illinois, and (4) Dwight Baird, in his official capacity as Sheriff for Kendall County, Illinois; by their attorneys, OKGC Law, LLC; hereby serve the following requests for admission pursuant to Fed. R. Civ. P. 36 directed to each named plaintiff, with a copy filed with the Clerk of Court pursuant to SDIL-LR 26.1(b)(1):

**WARNING**

Failure to respond to these requests for admission within 30 days will result in an automatic admission of the matters asserted. *See* Fed. R. Civ. P. 36(a)(3)-(4); *see also Walsh v. McCain Foods, Ltd.*, 81 F.3d 722, 726 (7th Cir. 1996) ("A party who fails to respond to requests for admission within 30 days is deemed to have admitted those requests.").

---

[1] Christopher Palmer, former Sheriff for Fayette County, is named as a defendant in his official capacity. Am. Compl., Oct. 18, 2022, ECF #88 at 10, ¶ 30. David Russell is the current Sheriff for Fayette County. *See* Fed. R. Civ. P. 25(d) (officer's successor automatically substituted as party for official capacity claims).

1

## REQUESTS FOR ADMISSION

**Fayette County State's Attorney's Office:**

1. Employees or agents of the Fayette County State's Attorney's Office (hereafter, "FC SAO") cannot issue a Firearm Owners Identification Card (FOID Card) under the Firearm Owners Identification Card Act (FOID Card Act), 430 ILCS 65/0.01 *et seq*.

2. Employees or agents of the FC SAO cannot issue a "license" to carry a concealed handgun under the Firearm Concealed Carry Act (FCCA), 430 ILCS 66/1 *et seq*.

3. Employees or agents of the FC SAO have not arrested, detained, threatened to prosecute, or criminally charged plaintiff Meyer for any alleged violation of unlawful use of a weapon pursuant to 720 ILCS 5/24-1.

4. Employees or agents of the FC SAO have not arrested, detained, threatened to prosecute, or criminally charged plaintiff Meyer for any alleged violation of aggravated unlawful use of a weapon pursuant to 720 ILCS 5/24-1.6.

5. Employees or agents of the FC SAO have not arrested, detained, threatened to prosecute, or criminally charged plaintiff Meyer for any alleged violation of unlawful possession of firearms and firearm ammunition pursuant to 720 ILCS 5/24-3.1.

**Fayette County Sheriff's Office:**

6. Employees or agents of the Fayette County Sheriff's Office (hereafter, "FC Sheriff's Office") cannot issue a FOID Card under the FOID Card Act, 430 ILCS 65/0.01 *et seq*.

7. Employees or agents of the FC Sheriff's Office cannot issue a "license" to carry a concealed handgun under the FCCA, 430 ILCS 66/1 *et seq*.

8. Employees or agents of the FC Sheriff's Office have not arrested, detained, threatened to prosecute, or criminally charged plaintiff Meyer for any alleged violation of unlawful use of a weapon pursuant to 720 ILCS 5/24-1.

9. Employees or agents of the FC Sheriff's Office have not arrested, detained, threatened to prosecute, or criminally charged plaintiff Meyer for any alleged violation of aggravated unlawful use of a weapon pursuant to 720 ILCS 5/24-1.6.

10. Employees or agents of the FC Sheriff's Office have not arrested, detained, threatened to prosecute, or criminally charged plaintiff Meyer for any alleged violation of unlawful possession of firearms and firearm ammunition pursuant to 720 ILCS 5/24-3.1.

**Kendall County State's Attorney's Office:**

11. Employees or agents of the Kendall County State's Attorney's Office (hereafter, "KC SAO") cannot issue a FOID Card under the FOID Card Act, 430 ILCS 65/0.01 *et seq*.

12. Employees or agents of the KC SAO cannot issue a "license" to carry a concealed handgun under the FCCA, 430 ILCS 66/1 *et seq*.

13. Employees or agents of the KC SAO have not arrested, detained, threatened to prosecute, or criminally charged plaintiff Davis for any alleged violation of unlawful use of a weapon pursuant to 720 ILCS 5/24-1.

14. Employees or agents of the KC SAO have not arrested, detained, threatened to prosecute, or criminally charged plaintiff Davis for any alleged violation of aggravated unlawful use of a weapon pursuant to 720 ILCS 5/24-1.6.

15. Employees or agents of the KC SAO have not arrested, detained, threatened to prosecute, or criminally charged plaintiff Davis for any alleged violation of unlawful possession of firearms and firearm ammunition pursuant to 720 ILCS 5/24-3.1.

**Kendall County Sheriff's Office:**

16. Employees or agents of the Kendall County Sheriff's Office (hereafter, "KC Sheriff's Office") cannot issue a FOID Card under the FOID Card Act, 430 ILCS 65/0.01 *et seq*.

17. Employees or agents of the KC Sheriff's Office cannot issue a "license" to carry a concealed handgun under the FCCA, 430 ILCS 66/1 *et seq*.

18. Employees or agents of the KC Sheriff's Office have not arrested, detained, threatened to prosecute, or criminally charged plaintiff Davis for any alleged violation of unlawful use of a weapon pursuant to 720 ILCS 5/24-1.

19. Employees or agents of the KC Sheriff's Office have not arrested, detained, threatened to prosecute, or criminally charged plaintiff Davis for any alleged violation of aggravated unlawful use of a weapon pursuant to 720 ILCS 5/24-1.6.

20. Employees or agents of the KC Sheriff's Office have not arrested, detained, threatened to prosecute, or criminally charged plaintiff Davis for any alleged violation of unlawful possession of firearms and firearm ammunition pursuant to 720 ILCS 5/24-3.1.

| | |
|---|---|
| Bhairav Radia #6293600<br>Joseph D. Bracey, Jr. #6322428<br>OKGC Law, LLC<br>650 Dundee Road, Suite 475<br>Northbrook, IL 60062<br>Phone: 847-291-0200<br>Email: bradia@okgc.com<br>         jbracey@okgc.com | Respectfully submitted,<br><br>**Joshua Morrison, David Russell,<br>Eric Wiess and Dwight Baird,<br>Each in His Official Capacity**<br><br>By: *s/ Joseph D. Bracey, Jr.* |

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| DAVID MEYER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 3:21-cv-00518-SMY |
| | ) | |
| v. | ) | |
| | ) | |
| KWAME RAOUL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2022, I caused the foregoing **Fayette and Kendall County Defendants' First Requests for Admission Directed to Each Plaintiff**, to be electronically filed with the Clerk of Court using the CM/ECF system, pursuant to SDIL-LR 26.1(b)(1), which will send notification to the following registered participants:

**David Sigale**
Law Firm of David G. Sigale, P.C.
dsigale@sigalelaw.com
**David Thompson**
**Peter Patterson**
**William Bergstrom**
Cooper & Kirk, PLLC
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com

**Christian Ambler**
Stone & Johnson, Chtd.
cambler@stonejohnsonlaw.com
*Attorneys for plaintiffs*

**Laura Bautista**
**Isaac Freilich Jones**
**Aaron Wenzloff**
Illinois Attorney General's Office
laura.bautista@ilag.gov
isaac.freilichjones@ilag.gov
aaron.wenzloff@ilag.gov
*Attorneys for defendants Brendan Kelly and Kwame Raoul*

**Thomas Hunter**
**Thomas Ysursa**
Becker, Hoerner & Ysursa, P.C.
tjh@bhylaw.com
try@bhylaw.com
*Attorneys for former defendants James Gomric and Richard Watson*

By: *s/ Joseph D. Bracey, Jr.*