# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **DAVID MEYER;** | : | |
| | : | |
| **MITCHELL NALLEY;** | : | |
| | : | |
| **EVA DAVIS;** | : | |
| | : | |
| **SECOND AMENDMENT FOUNDATION;** | : | |
| | : | |
| **FIREARMS POLICY COALITION, INC.; and** | : | |
| | : | |
| **ILLINOIS STATE RIFLE ASSOCIATION,** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Case No. 3:21-cv-00518-DWD |
| | : | |
| v. | : | |
| | : | |
| **KWAME RAOUL**, in his individual capacity and in his official capacity as Attorney General of Illinois; | : | |
| | : | |
| **BRENDAN F. KELLY**, in his individual capacity and in his official capacity as Director of the Illinois State Police; | : | |
| | : | |
| **JOSHUA C. MORRISON**, in his individual capacity and in his official capacity as State's Attorney of Fayette County, Illinois; | : | |
| | : | |
| **JAMES GOMRIC**, in his individual capacity and in his official capacity as State's | : | |

-1-

| | |
|---|---|
| **Attorney of St. Clair County, Illinois;** | : |
| | : |
| **ERIC WEIS, in his individual capacity and in his official capacity as State's Attorney of Kendall County, Illinois;** | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| **CHRISTOPHER PALMER, in his individual capacity and in his official capacity as Sheriff of Fayette County, Illinois;** | : |
| | : |
| | : |
| | : |
| | : |
| **RICHARD WATSON, in his individual capacity and in his official capacity as Sheriff of St. Clair County, Illinois;** | : |
| | : |
| | : |
| | : |
| | : |
| **DWIGHT A. BAIRD, in his individual capacity and in his official capacity as Sheriff of Kendall County, Illinois,** | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| Defendants. | : |

## MOTION FOR LEAVE TO WITHDRAW CHRISTIAN D. AMBLER AS COUNSEL OF RECORD FOR PLAINTIFFS

Plaintiffs David Meyer, Mitchell Nalley, Eva Davis, Second Amendment Foundation, Firearms Policy Coalition, Inc., Illinois State Rifle Association (collectively, "Plaintiffs"), by one of their attorneys, Christian D. Ambler, move for leave to withdraw Attorney Ambler's appearance as one of the attorneys of record for Plaintiffs, and in support thereof, state as follows:

1. Attorney Christian D. Ambler filed his appearance as local counsel for Plaintiffs on May 28, 2021. [Doc. # 4]

-2-

      2.      Attorneys David H. Thompson, Peter Patterson and William Bergstrom were granted leave to appear for Plaintiffs *pro hac vice* on June 3, 2021. [Docs. #19, 20 and 21]

      3.      On June 17, 2021, Illinois counsel, David G. Sigale, filed his additional Appearance on behalf of Plaintiffs. [Doc. #23]

      4.      Because Attorneys Thompson, Patterson, Bergstrom and Sigale remain as Plaintiffs' counsel of record in this matter, Plaintiffs request that Attorney Ambler's representation of them be terminated and that his Appearance be withdrawn.

      5.      No Prejudice to Plaintiffs or Defendants will ensue by granting this motion, and there will be no disruption of the proceedings by granting this motion.

WHEREFORE, Plaintiffs David Meyer, Mitchell Nalley, Eva Davis, Second Amendment Foundation, Firearms Policy Coalition, Inc., Illinois State Rifle Association respectfully request that this Court grant their motion and allow Christian D. Ambler to withdraw his appearance from this case.

                                          DAVID MEYER, MITCHELL NALLEY, EVA DAVIS, SECOND AMENDMENT FOUNDATION, FIREARMS POLICY COALITION, INC., ILLINOIS STATE RIFLE ASSOCIATION

                                          By: /s/ *Christian D. Ambler*
                                                One of their attorneys

Christian D. Ambler
Stone & Johnson, Chtd.
111 West Washington Street
Suite 1800
Chicago, Illinois 60602
(312) 332-5656
cambler@stonejohnsonlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on September that on October 31, 2022, I electronically filed Plaintiffs' Motion to Withdraw Christian D. Ambler as counsel of record with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the following participants:

David G. Sigale
Law Firm of David G. Sigale, P. C.
dsigale@sigalelaw.com

Aarton P. Wenzloff/Isaac N. Freilich Jones
Laura K. Bautista
Illinois Attorney General's Office
Aaron.wenzloff@illinois.gov
Isaac.freilich-jones@illinois.gov
lbautista@atg.state.il.us


                                                  By: /s/ *Christian D. Ambler*
                                                      One of their attorneys

Christian D. Ambler
Stone & Johnson, Chtd.
111 West Washington Street, Ste-1800
Chicago, Illinois 60602
(312) 332-5656
cambler@stonejohnsonlaw.com