DEFENDANT'S EXHIBIT I

# Exhibit I

LAWS AND ORDINANCES, ORDAINED AND ESTABLISHED BY THE MAYOR, ALDERMEN, AND COMMONALTY OF THE CITY OF NEW-YORK, IN COMMON-COUNCIL CONVENED, FOR THE GOOD RULE AND GOVERNMENT OF THE INHABITANTS AND RESIDENTS OF SAID CITY 83-4 (1803) ("A Law To prevent the Firing of Guns in the City of New York," § 1)

# LAWS

### AND

# ORDINANCES,

ORDAINED AND ESTABLISHED

BY

THE MAYOR, ALDERMEN, AND COMMONALTY OF
THE CITY OF NEW-YORK,

*IN COMMON-COUNCIL CONVENED,*

FOR

## THE GOOD RULE AND GOVERNMENT

OF

### THE INHABITANTS AND RESIDENTS

OF

### SAID CITY.

―――❋―――

*Passed and published the* 18*th day of April*, 1803,

IN THE MAYORALTY OF

*EDWARD LIVINGSTON.*

═══════════════════

NEW-YORK:
PRINTED BY GEORGE F. HOPKINS, AT WASHINGTON'S HEAD,
NO. 118, PEARL-STREET.
―――
1803.

Generated on 2021-03-06 13:19 GMT / https://hdl.handle.net/2027/nnc2.ark:/13960/t1pg3qh0n
Public Domain / http://www.hathitrust.org/access_use#pd

Digitized by INTERNET ARCHIVE    Original from COLUMBIA UNIVERSITY

DEFENDANT'S EXHIBIT I
#109

station for the purpose of performing their duty as aforesaid, he or they shall forfeit and pay as a fine, the sum of *three dollars* for each offence; and every person who shall so transport and carry as aforesaid, shall on trial be presumed to have received hire, wages or compensation for so transporting and carrying, unless he or they shall prove to the contrary thereof.

8. *And be it further ordained,* That if any person who shall contravene this ordinance, shall be a minor, an apprentice, a bound or hired servant or slave, his parent or guardian, master, mistress or owner, as the case may be, shall be deemed liable to pay the penalty so incurred, and shall and may be prosecuted for the same as aforesaid.

---

## CHAPTER XXIII.

### A LAW

*To prevent the Firing of Guns in the City of New-York.*

SECT. 1. WHEREAS the firing of guns and the practice of fowling in the public streets and in the roads or highways in the vicinity of this city, are frequently productive of accidents, and dangerous consequences are always to be apprehended therefrom:

*Be it therefore ordained by the Mayor, Aldermen, and Commonalty of the City of New-York, in Common Council convened,* That no person shall hereafter be permitted to fire or discharge any gun, pistol, fowling piece, or fire-arm, at any place on the

Generated on 2021-03-06 13:13:20 GMT / https://hdl.handle.net/2027/nnc2.ark:/13960/t1pg3qh0n
Public Domain / http://www.hathitrust.org/access_use#pd

Digitized by
INTERNET ARCHIVE

Original from
COLUMBIA UNIVERSITY

DEFENDANT'S EXHIBIT I

island of New-York, within the distance of four miles from the City-Hall, under the penalty of *five dollars* upon each offender, to be recovered with costs. And if the person so offending shall be a minor, apprentice, servant or slave, the said fine shall be recoverable from his father, mother, master or mistress, together with costs.

*Provided always,* That nothing contained in this ordinance shall be constructed to extend to the reviews or exercises of any military company, or of the State Prison Guards.

---

## CHAPTER XXIV.

## A LAW

*To prevent improper Conduct on certain Days, in the City of New-York.*

SECT. 1. BE it ordained by the Mayor, Aldermen, and Commonalty of the City of New-York, in Common Council convened, That if any person shall, on the seventeenth day of March, commonly called *St. Patrick's Day,* or on any other day, carry or drag through or along any street, alley or highway within this city, or shall exhibit to public view in any street, alley or highway, or from any window, roof of any house or other building, or shall exhibit to public view in any place, or in any manner whatsoever within this city, an Effigy of St. Patrick, or any other Titular Saint, or of any person or persons whomsoever, or any show of a similar kind, whether the same is intended as an Effigy of St. Patrick, or any other Titular Saint, or