# Exhibit J

ORDINANCES, OF THE TOWN OF COLUMBIA, (S. C.) PASSED SINCE THE INCORPORATION OF SAID TOWN: TO WHICH ARE PREFIXED, THE ACTS OF THE GENERAL ASSEMBLY, FOR INCORPORATING THE SAID TOWN, AND OTHERS IN RELATION THERETO 61 (1823) (prohibiting the firing of guns in the town)

# ORDINANCES,

OF THE

## TOWN OF COLUMBIA, (S. C.)

PASSED SINCE THE INCORPORATION OF SAID TOWN,

TO WHICH ARE PREFIXED,

## THE ACTS

OF THE

## GENERAL ASSEMBLY,

FOR INCORPORATING THE SAID TOWN, AND OTHERS IN
RELATION THERETO.

PRINTED BY D. & J. M. FAUST.

1823.

same to any other person whatever; but in case of death, the license shall devolve to the legal representative of the deceased who had obtained it in his life time as aforesaid.

*Ratified the 16th day of June, 1817.*

DANL. MORGAN, <em>Intendant.</em>

---

### No. 41.—AN ORDINANCE,
For prohibiting the firing of guns in the town of Columbia.

WHEREAS the practice of firing small arms within the town of Columbia, is extremely dangerous to the lives, as well as to the property of the inhabitants thereof, and ought to be strictly prohibited:

*Be it ordained by the Intendant and Municipal Wardens of the town aforesaid, in council assembled, and it is hereby ordained by the authority of the same,* That hereafter it shall not be lawful for any person to fire or discharge any gun, pistol or other small arms within the limits bounded by Henderson, Blossom, Lincoln and Upper streets; and if any person shall wantonly, knowingly, and wilfully fire or discharge any gun, pistol, or other small arms within the said limits, such person shall forfeit and pay to the use of the town aforesaid, a sum not exceeding five dollars, for each and every such offence, to be sued for and recovered according to law.

*And whereas,* offences of this kind may be committed by minors or other disorderly persons, who have no ostensible property whereof the said penalty can be levied:

*Be it therefore ordained by the authority aforesaid,* That any gun, pistol or other small arms, fired or discharged by any such person in breach of this ordinance, shall be liable for the payment of the penalty or penalties aforesaid; and it shall be lawful for the Intendant, either of the Wardens or constables, who shall see such person offending against this ordinance, to seize and take into possession the gun or pistol, or other small arms so fired or discharged, and deposite the same with the Intendant or either of the Wardens; and if the person charged with the said offence, and convicted thereof, shall not within ten days after conviction pay the penalty incurred and the costs of prosecution, the same shall be sold to discharge the said penalty and costs: *Provided nevertheless,* That nothing in this ordinance contained shall extend to prohibit or restrain the usual exercises

or duties of the military on muster or parade days, or in performance of patrol or any other duties enjoined by law, or to prohibit or restrain any of the inhabitants of said town from shooting any mad dog, or any other dangerous animal found within the same, or from firing guns on the fourth of July, Christmas and New-Years days, or on any other day of general rejoicing in said town.

*Ratified in Council assembled, this 23d day of April, 1817.*

DANL. MORGAN, *Intendant.*

---

### No. 42.—AN ORDINANCE,

For keeping open the Public Streets of the Town of Columbia.

*Be it Ordained by the Intendant and Municipal Wardens of the town of Columbia, and by the authority of the same,* That all the public streets in the town of Columbia shall, from and after the passing of this ordinance, be at all times kept open.

*And be it further ordained,* That if any person or persons, after the passing of this ordinance, shall keep any part of any public street of the said town inclosed or obstructed, such person or persons shall pay a fine not exceeding twelve dollars for each month that such person or persons shall keep up such inclosure or obstruction, in or upon any street in the said town.

*Be it further ordained,* That an ordinance, entitled, an ordinance for opening the public streets of the town of Columbia, ratified the 9th day of October, 1813, be and the same is hereby repealed.

*Ratified this 6th February, 1818.*

DANIEL MORGAN, *Intendant.*

---

### No. 43.—AN ORDINANCE,

Combining the office and appointment of Town Marshal, with the duties and offices of clerk and assessor.

*Be it ordained by the Intendant and Wardens of the town of Columbia in Council assembled, and it is hereby ordained by the authority of the same,* That the offices and duties of the clerk and assessor of the town aforesaid, be and the same are hereafter consolidated and combined with the office and appointment of town marshal, who shall be required, and is hereby obliged to discharge and perform all the duties therefrom arising, or in any wise thereunto appertaining or belonging:

Case 3:21-cv-00518-SMY Document 104-6 Filed 01/06/23 Page 4 of 5 Page ID #1102

DEFENDANT'S EXHIBIT J

DEFENDANT'S EXHIBIT J

Ordinances, of the Town of Columbia, (S. C.) Passed Since the Incorporation of Said Town: To Which are Prefixed, the Acts of the General Assembly, for Incorporating the Said Town, and Others in Relation Thereto. Printed by D. & J. M. Faust, 1823. The Making of Modern Law: Primary Sources, link.gale.com/apps/doc/DT0103560490/MMLP?u=ccmisl&sid=MMLP&xid=11f1ed78&pg=1. Accessed 23 Feb. 2021.