# Exhibit K

A COLLECTION OF THE STATE AND MUNICIPAL LAWS, IN FORCE, AND APPLICABLE TO THE CITY OF LOUISVILLE, KY. PREPARED AND DIGESTED, UNDER AN ORDER FROM THE GENERAL COUNCIL OF SAID CITY BY OLIVER H. STRATTAN AND JOHN M. VAUGHAN, CITY CLERKS, WHICH INCLUDES THE STATE CONSTITUTION AND CITY CHARTER, WITH NOTES OF REFERENCE 175 (1857) (prohibiting the sale of gunpowder to minors)

DEFENDANT'S EXHIBIT K

# A COLLECTION

OF THE

# STATE AND MUNICIPAL LAWS,

IN FORCE, AND APPLICABLE TO

## THE CITY OF LOUISVILLE, KY.

---

PREPARED AND DIGESTED, UNDER AN ORDER FROM THE GENERAL COUNCIL OF SAID CITY, BY

### OLIVER H. STRATTAN AND JOHN M. VAUGHAN,

CITY CLERKS.



WHICH INCLUDES

## THE STATE CONSTITUTION AND CITY CHARTER,

WITH NOTES OF REFERENCE.

---

LOUISVILLE:

C. SETTLE, PRINTER, THIRD STREET.

1857.

EDUCATION.

## No. 66.

#### An Ordinance as to Ringing Bells in the Streets.

Any person who shall ring a bell in the streets to give notice of an auction, or other assembly, for a longer time than ten minutes, or elsewhere than before the door of the place of the auction or assembly, shall be fined five dollars.  *Ringing bells in streets.*

Approved October 17, 1853.

## No. 67.

#### An Ordinance in regard to Indecent Exposure of the Person.

Any person who shall expose his person indecently, or cause any person to do so within the city limits, shall be fined twenty dollars for each offence.  *Exposure of person.*

Approved October 17, 1853.

## No. 68.

#### An Ordinance as to Retailing Gun Powder.

No person shall retail gunpowder to minors under fifteen years of age, or free colored persons, without authority from his parent or guardian, or to slaves without authority from his master. Any person doing so in either case, shall be fined twenty dollars.  *Sale of powder to minors or slaves.*

Approved October 17, 1853.

# EDUCATION.

## No. 69.

#### An Ordinance to authorize the Issue of Bonds in favor of the Trustees of the University, and Public Schools.

Section 1. *Be it ordained by the general council of the city of Louisville,* That the mayor is hereby authorized to  *$75,000 city bonds issued for public schools:*

Digitized by Google