IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID MEYER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) CIVIL ACTION NO. 3:21-cv-00518-SMY |
| v. | ) |
| | ) |
| KWAME RAOUL, et al., | ) |
| | ) |
| Defendants. | ) |

**UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH RESPONSE**

Plaintiffs, by and through their attorneys, pursuant to SDIL LR 7.1(d), respectfully request leave to file an overlength combined response in opposition to the motions for summary judgment filed by the Defendants in this case. In support of this motion, Plaintiffs state:

1. On January 6, 2023, Defendants Attorney General Kwame Raoul and Director of the Illinois State Police Brendan Kelly ("the State Defendants"), with permission of the Court, filed an overlength combined motion for summary judgment and memorandum in support that was 24 pages long.

2. On the same day, the Defendants from Kendall and Fayette Counties ("the County Defendants") filed a combined motion for summary judgment and memorandum in support that was 9 pages long.

3. Plaintiffs have prepared a combined response in opposition to these motions that is 25 pages long. The response is due February 6, 2023.

4. The Local Rules for the Southern District require that no briefs shall be submitted that are longer than 20 double-spaced typewritten pages in 12-point font. SDIL LR 7.1(d).

5. Plaintiffs have made every effort to comply with the page limit, but are not able to do so while also fully addressing the issues presented by the motions for summary judgment filed by the Defendants. Plaintiffs have made every effort to present their arguments as succinctly as possible, but need additional space to do so.

6. Defendants do not object to this motion.

DATED: February 3, 2023

| | |
|---|---|
| David G. Sigale (Atty. ID# 6238103) <br> LAW FIRM OF DAVID G. SIGALE, P.C. <br> 430 West Roosevelt Road <br> Wheaton, Illinois 60187 <br> (630) 452-4547 <br> dsigale@sigalelaw.com | /s/David H. Thompson <br> David H. Thompson* <br> Peter A. Patterson* <br> William V. Bergstrom* <br> COOPER & KIRK, PLLC <br> 1523 New Hampshire Avenue, N.W. <br> Washington, D.C. 20036 <br> (202) 220-9600 <br> (202) 220-9601 (fax) <br> dthompson@cooperkirk.com <br> ppatterson@cooperkirk.com <br> wbergstrom@cooperkirk.com <br><br> *Admitted *pro hac vice* <br><br> **Attorneys for Plaintiffs** |

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2023, I caused the foregoing to be filed served upon counsel of record via email.

| | |
|---|---|
| David G. Sigale (Atty. ID# 6238103)<br>LAW FIRM OF DAVID G. SIGALE, P.C.<br>430 West Roosevelt Road<br>Wheaton, Illinois 60187<br>(630) 452-4547<br>dsigale@sigalelaw.com | /s/ David H. Thompson<br>David H. Thompson*<br>Peter A. Patterson*<br>William V. Bergstrom*<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>(202) 220-9600<br>(202) 220-9601 (fax)<br>dthompson@cooperkirk.com<br>ppatterson@cooperkirk.com<br>wbergstrom@cooperkirk.com<br><br>*Admitted *pro hac vice*<br><br>***Attorneys for Plaintiffs*** |