## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID MEYER, EVA DAVIS, SECOND AMENDMENT FOUNDATION, ILLINOIS STATE RIFLE ASSOCIATION, AND FIREARMS POLICY COALITION, INC., | |
| Plaintiffs, | |
| v. | |
| KWAME RAOUL, in his official capacity as Attorney General of Illinois, BRENDAN F. KELLY, in his official capacity as Director of the Illinois State Police, JOSHUA C. MORRISON, in his official capacity as State's Attorney of Fayette County, Illinois   ERIC WEIS, in his official capacity as State's Attorney of Kendall County, Illinois, CHRISTOPHER PALMER, in his official capacity as Sheriff of Fayette County, Illinois, and DWIGHT A. BAIRD, in his official capacity as Sheriff of Kendall County, Illinois | 21-cv-518-SMY |
| Defendants. | |

### DEFENDANTS' MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Kwame Raoul, in his official capacity as Attorney General of Illinois, and Brendan Kelly, in his official capacity as Director of the Illinois State Police (the "State Defendants"), by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, move this Court pursuant to Local Rule 7.1(c) for leave to file supplemental authority in support of their motion for summary judgment (Doc. 101) and response in opposition to Plaintiffs' motion for summary judgment (Doc. 117).

In support of this motion, the State Defendants provides the following:

1.      Plaintiffs challenge four statutes (720 ILCS 5/24-1(a)(4)(iv); 720 ILCS 5/24-1(a)(10)(iv); 720 ILCS 5/24-1.6(a)(3)(I); and 430 ILCS 66/25(1)) (collectively, the "Challenged

Statutes") that they allege prohibit 18-to-20 year olds from carrying firearms outside of the home, in violation of the Second Amendment.

2.      On January 6, 2023, Plaintiffs and the State Defendants filed motions for summary judgment. Doc. 99, 101. On February 6, 2023, Plaintiffs and the State Defendants filed responses in opposition to the opposing-party's motion for summary judgment. Doc. 119, 117. Those motions remain pending.

3.      On March 9, 2023, the Eleventh Circuit Court of Appeals issued an opinion in *NRA v. Bondi*, ___ F.4th ___, 2023 U.S. App. LEXIS 5672 (11th Cir. Mar. 9, 2023). There, the Eleventh Circuit affirmed summary judgment in favor of the State of Florida because Florida's Marjory Stoneman Douglas High School Public Safety Act, which prohibited the sale of firearms to 18-to-20-year-olds, was more modest than firearms restrictions on that same age group in the Reconstruction Era that prohibited even the possession of arms, and was enacted for the same reasons (public safety), and therefore did not violate the Second Amendment. *Bondi*, 2023 U.S. App. LEXIS 5672, *15–32.

4.      Accordingly, the State Defendants seek leave to submit *Bondi* as supplemental authority in accordance with Local Rule 7.1(c), which requires compliance with the procedures in Federal Rule of Appellate Procedure 28(j). Appellate Rule 28(j) requires the requesting party to provide the court clerk a letter, not to exceed 350 words, providing the citation to the supplemental authority, the reasons for the citation, and the page of the brief to which the supplemental authority applies. Attached as Exhibit 1 is the State Defendants' letter, which conforms to Federal Rule of Appellate Procedure 28(j). The *Bondi* opinion is attached as Exhibit 2.

WHEREFORE, the State Defendants respectfully request that this Court grant them leave to submit supplemental authority in support of the State motion for summary judgment and response in opposition to Plaintiffs' motion for summary judgment.

Dated: March 16, 2023

Respectfully submitted,

KWAME RAOUL and BRENDAN F. KELLY,

Isaac Freilich Jones #6323915
Assistant Attorney General
Office of the Attorney General
100 West Randolph Street, 11th Floor
Chicago, Illinois 60601
Aaron.Wenzloff@ilag.gov
Isaac.FreilichJones@ilag.gov

By: /s/ Laura K. Bautista

Laura K. Bautista
Assistant Chief Deputy Attorney General
Office of the Illinois Attorney General
500 South Second Street
Springfield, Illinois 62706
Phone: (217) 782-5819
Fax: (217) 524-5091
Laura.Bautista@ilag.gov

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID MEYER, EVA DAVIS, SECOND AMENDMENT FOUNDATION, ILLINOIS STATE RIFLE ASSOCIATION, AND FIREARMS POLICY COALITION, INC., | |
| Plaintiffs, | |
| v. | 21-cv-518-SMY |
| KWAME RAOUL, in his official capacity as Attorney General of Illinois, BRENDAN F. KELLY, in his official capacity as Director of the Illinois State Police, JOSHUA C. MORRISON, in his official capacity as State's Attorney of Fayette County, Illinois   ERIC WEIS, in his official capacity as State's Attorney of Kendall County, Illinois, CHRISTOPHER PALMER, in his official capacity as Sheriff of Fayette County, Illinois, and DWIGHT A. BAIRD, in his official capacity as Sheriff of Kendall County, Illinois | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I certify that on March 16, 2023, 2023, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ Laura K. Bautista
Laura K. Bautista
Assistant Chief Deputy Attorney General