UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID MEYER, EVA DAVIS, SECOND AMENDMENT FOUNDATION, ILLINOIS STATE RIFLE ASSOCIATION, AND FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br> KWAME RAOUL, in his official capacity as Attorney General of Illinois, BRENDAN F. KELLY, in his official capacity as Director of the Illinois State Police, JOSHUA C. MORRISON, in his official capacity as State's Attorney of Fayette County, Illinois ERIC WEIS, in his official capacity as State's Attorney of Kendall County, Illinois, CHRISTOPHER PALMER, in his official capacity as Sheriff of Fayette County, Illinois, and DWIGHT A. BAIRD, in his official capacity as Sheriff of Kendall County, Illinois <br><br> Defendants. | 21-cv-518-SMY |

**DEFENDANTS' UNOPPOSED MOTION TO CONTINUE
THE FINAL PRETRIAL CONFERENCE, TRIAL, AND ASSOCIATED DEADLINES**

Kwame Raoul, in his official capacity as Attorney General of Illinois, and Brendan Kelly, in his official capacity as Director of the Illinois State Police (the "State Defendants"), by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, move this Court to continue the final pretrial conference and trial in this case.

In support of this motion, the State Defendants provide the following:

1. Plaintiffs challenge four statutes (720 ILCS 5/24-1(a)(4)(iv); 720 ILCS 5/24-1(a)(10)(iv); 720 ILCS 5/24-1.6(a)(3)(I); and 430 ILCS 66/25(1)) (collectively, the "Challenged Statutes") that they allege prohibit 18-to-20 year olds from carrying firearms outside of the home, in violation of the Second Amendment.

2.  On January 6, 2023, the parties filed motions for summary judgment. Doc. 99, 100, 101. On February 6, 2023, the parties filed responses in opposition to the opposing-party's motion for summary judgment. Doc. 117, 118, 119. Those motions remain pending.

3.  The final pretrial conference is set for April 19, 2023 at 9:30 a.m. and the jury trial is set for May 1, 2023, at 9:00 a.m. Text Order 10/12/2022. Based on these dates and the Court's case management procedures, the parties' motions in limine are due by March 29, 2023 (21 days before the final pretrial conference), the parties' pretrial disclosures are due March 31, 2023 (at least 30 days before the first day of trial), and the Final Pretrial Order is due April 14, 2023 (at least three business days before the final pretrial conference).

4.  Because the cross-motions for summary judgment are still pending in this case, the State Defendants request a continuance of the final pretrial conference and trial dates, which will also move the upcoming deadlines for motions in limine, pretrial disclosures, and the Final Pretrial Order. Granting the continuance will promote judicial economy by allowing the parties to focus pretrial materials on only those matters that continue past the summary judgment stage. Additionally, the State Defendants have identified three expert witnesses in this case who may be called to testify at the trial in this case depending on what issues continue past the summary judgment stage. Continuing the final pretrial conference and trial will allow the State Defendants to delay arranging travel for their experts until such time as the issues for trial are made clear.

5.  Plaintiffs and Co-Defendants were consulted in regards to this motion, and there are no objections.

WHEREFORE, the State Defendants respectfully request that this Court continue the final pretrial conference and trial.

Dated: March 22, 2023

Respectfully submitted,

KWAME RAOUL and BRENDAN F. KELLY,

Isaac Freilich Jones #6323915
Assistant Attorney General
Office of the Attorney General
100 West Randolph Street, 11th Floor
Chicago, Illinois 60601
Isaac.FreilichJones@ilag.gov

By: /s/ Laura K. Bautista
Laura K. Bautista
Assistant Chief Deputy Attorney General
Office of the Illinois Attorney General
500 South Second Street
Springfield, Illinois 62706
Phone: (217) 782-5819
Fax: (217) 524-5091
Laura.Bautista@ilag.gov

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID MEYER, EVA DAVIS, SECOND AMENDMENT FOUNDATION, ILLINOIS STATE RIFLE ASSOCIATION, AND FIREARMS POLICY COALITION, INC.,<br><br>Plaintiffs,<br>v.<br>KWAME RAOUL, in his official capacity as Attorney General of Illinois, BRENDAN F. KELLY, in his official capacity as Director of the Illinois State Police, JOSHUA C. MORRISON, in his official capacity as State's Attorney of Fayette County, Illinois  ERIC WEIS, in his official capacity as State's Attorney of Kendall County, Illinois, CHRISTOPHER PALMER, in his official capacity as Sheriff of Fayette County, Illinois, and DWIGHT A. BAIRD, in his official capacity as Sheriff of Kendall County, Illinois<br><br>Defendants. | 21-cv-518-SMY |

## CERTIFICATE OF SERVICE

I certify that on March 22, 2023, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

                                                        */s/ Laura K. Bautista*
                                                       Laura K. Bautista
                                                       Assistant Chief Deputy Attorney General