IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID MEYER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. 3:21-cv- |
| v. ) | 00518-SMY |
| ) | |
| KWAME RAOUL, et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO SUBMIT BRIEF RESPONSE TO STATE DEFENDANTS' SUBMISSION OF SUPPLEMENTAL AUTHORITY**

Plaintiffs, by and through their counsel, respectfully move this Court pursuant to Local Rule 7.1(c) for leave to file a brief response to the supplemental authority filed by the State Defendants (Doc. 120), which pertains to the pending motions for summary judgment in this case. In support of this motion, Plaintiffs state the following:

1. On March 16, 2023, the State Defendants sought leave to file a notice of supplemental authority (Doc. 120), notifying this Court of the Eleventh Circuit's recent decision in *National Rifle Association, Inc. v. Bondi*, --- F.4th ----, 2023 WL 2484818 (11th Cir. Mar. 9, 2023).

2. The Court granted the State Defendant's motion for leave to file later that day. (Doc. 121.)

3. The Eleventh Circuit's decision in *Bondi*, which upheld a Florida law banning firearm sales to 18-to-20-year-olds, is both fundamentally flawed and distinguishable from this case.

4. Accordingly, Plaintiffs seek leave to submit a brief response to the State Defendant's submission, in accordance with Local Rule 7.1(c), which requires compliance with the procedures in Federal Rule of Appellate Procedure 28(j). Appellate Rule 28(j) permits responses to supplemental authority submissions that are limited to 350 words and which states the reasons for

1

the supplemental citations and references the page of the brief to which the supplemental authority relates.

5. Attached as Exhibit 1 is Plaintiffs' letter response, which conforms to the requirements of Appellate Rule 28(j).

WHEREFORE, Plaintiffs respectfully request that this Court grant them leave to submit a response to the State Defendants' supplemental authority which bears on the pending motions for summary judgment.

March 22, 2023

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, Illinois 60187
(630) 452-4547
dsigale@sigalelaw.com

Respectfully submitted,

/s/ David H. Thompson
David H. Thompson*
Peter A. Patterson*
William V. Bergstrom*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID MEYER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>KWAME RAOUL, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 3:21-cv-<br>) 00518-SMY<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2023, I cause the foregoing to be filed using the CM/ECF system, which will send notification of such filing to counsel of record, who are registered CM/ECF participants.

| | |
|---|---|
| David G. Sigale (Atty. ID# 6238103)<br>LAW FIRM OF DAVID G. SIGALE, P.C.<br>430 West Roosevelt Road<br>Wheaton, Illinois 60187<br>(630) 452-4547<br>dsigale@sigalelaw.com | /s/ David H. Thompson<br>David H. Thompson*<br>Peter A. Patterson*<br>William V. Bergstrom*<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>(202) 220-9600<br>(202) 220-9601 (fax)<br>dthompson@cooperkirk.com<br>ppatterson@cooperkirk.com<br>wbergstrom@cooperkirk.com<br><br>*Admitted *pro hac vice*<br><br>*Attorneys for Plaintiffs* |