# EXHIBIT 1

# Cooper & Kirk
### Lawyers
A Professional Limited Liability Company

David H. Thompson  
dthompson@cooperkirk.com

1523 New Hampshire Avenue, N.W.  
Washington, D.C. 20036

(202) 220-9600  
Fax (202) 220-9601

March 22, 2023

**VIA CM/ECF**  
Monica A. Stump  
Clerk of Court  
United States District Court for the Southern District of Illinois  
750 Missouri Avenue  
East St. Louis, IL 62201

RE: *Meyer, et al. v. Raoul, et al.*, No. 21-cv-518 (SMY)

Dear Ms. Stump,

In *National Rifle Association v. Bondi*, --- F.4th ----, 2023 WL 2484818 (11th Cir. Mar. 9, 2023), the Eleventh Circuit upheld a Florida law banning firearms sales to 18-to-20-year-olds. The Eleventh Circuit's decision is deeply flawed and distinguishable from this case. It should provide no support for Illinois's law prohibiting 18-to-20-year-olds from carrying firearms for self-defense.

*First*, the Eleventh Circuit wrongly focused on the period surrounding the ratification of the Fourteenth Amendment as determinative for defining the scope of the Second Amendment with respect to the States. *Bondi*, at *4–5. This conclusion is contrary to *NYSRPA v. Bruen*, *see* 142 S. Ct. 2111, 2137 (2022), and to the Supreme Court's treatment of the Bill of Rights generally. The key period for understanding the Second Amendment is the Founding. *See* Pls.' MSJ Br. at 11–13, Doc. 99 (Jan. 1, 2023).

*Second*, the *Bondi* court erroneously concluded several Reconstruction-era laws were relevantly similar to the Florida law. *Bondi*, at *6–12. These laws should not have been considered analogues in *Bondi* and are not analogues here because, as Plaintiffs' have explained, 18-to-20-year-olds are adults today, but the historical laws all targeted *minors*. *See* Pls.' MSJ Br. at 17–18; Pls.' Resp. Br. at 23, Doc. 119 (Feb. 6, 2023). Both the "how" and the "why" of laws targeting minors are different than that of laws targeting adults. What is more, *Bondi*, like the historical laws generally, involved a restriction on purchasing firearms, but this case involves a restriction on *carriage*, so the way the Second Amendment right is affected is different here. *See* Pls.' Resp. at 23–24.

*Third*, *Bondi* misunderstood the value of Founding era militia laws for understanding the scope of the Second Amendment. *See Bondi*, at *12. Plaintiffs have never argued that militia service *conferred* a right to 18-to-20-year-olds. Rather, the inclusion of 18-to-20-year-olds in

# Cooper & Kirk
### Lawyers

Monica A. Stump
March 22, 2023
Page 2 of 2

militias makes clear that they were understood to enjoy the full protection of the Second Amendment. Pls.' MSJ Br. at 7–10.

                                                                               Sincerely,

                                                                               *s/ David H. Thompson*
                                                                               David H. Thompson
                                                                               Counsel for Plaintiffs

cc: All counsel of record