IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID MEYER, et al., | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO. 3:21-cv-00518-SMY |
| KWAME RAOUL, et al., | ) |
| Defendants. | ) |

**PLAINTIFFS' MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY**

Plaintiffs, by and through their counsel, respectfully move this Court pursuant to Local Rule 7.1(c) for leave to file supplemental authority in support of their motion for summary judgment and response in opposition to Defendants' motions. In support of this motion, Plaintiffs state the following:

1. This case involves a challenge to Illinois laws that prohibit 18-to-20-year-old adults from carrying firearms outside of the home, in violation of the Second and Fourteenth Amendments to the United States Constitution.

2. All parties have filed motions for summary judgment, which are currently pending before the Court. *See* Docs. 99, 100, 101.

3. On May 10, 2023, the United States District Court for the Eastern District of Virginia issued an opinion in *Fraser v. BATFE*, No. 3:22-cv-410, 2023 WL 3355339 (E.D. Va. May 10, 2023), which found that the federal ban on handgun purchases by 18-to-20-year-olds from federally licensed firearms dealers violated the Second and Fourteenth Amendments.

4. Accordingly, Plaintiffs seek leave to submit *Fraser* as supplemental authority in accordance with Local Rule 7.1(c), which requires compliance with the procedures in Federal Rule

1

of Appellate Procedure 28(j). Appellate Rule 28(j) permits supplemental authority submissions that are limited to 350 words and state the reasons for the supplemental citations and reference the pages of the brief to which the supplemental authority relates.

5. Attached as Exhibit 1 is the Plaintiffs' letter, which conforms to the requirements of Appellate Rule 28(j).

WHEREFORE, the Plaintiffs respectfully request that this Court grant them leave to submit a notice of supplemental authority which bears on the pending motions for summary judgment.

| | |
|---|---|
| May 17, 2023 | Respectfully submitted, |
| David G. Sigale (Atty. ID# 6238103)<br>LAW FIRM OF DAVID G. SIGALE, P.C.<br>430 West Roosevelt Road<br>Wheaton, Illinois 60187<br>(630) 452-4547<br>dsigale@sigalelaw.com | /s/ David H. Thompson<br>David H. Thompson*<br>Peter A. Patterson*<br>William V. Bergstrom*<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>(202) 220-9600<br>(202) 220-9601 (fax)<br>dthompson@cooperkirk.com<br>ppatterson@cooperkirk.com<br>wbergstrom@cooperkirk.com |
| | *Admitted *pro hac vice* |
| | *Attorneys for Plaintiffs* |

# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID MEYER, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) CIVIL ACTION NO. 3:21-cv-00518-SMY ) |
| KWAME RAOUL, et al., | ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2023, I cause the foregoing to be filed using the CM/ECF system, which will send notification of such filing to counsel of record, who are registered CM/ECF participants.

| | |
|---|---|
| David G. Sigale (Atty. ID# 6238103)<br>LAW FIRM OF DAVID G. SIGALE, P.C.<br>430 West Roosevelt Road<br>Wheaton, Illinois 60187<br>(630) 452-4547<br>dsigale@sigalelaw.com | /s/ David H. Thompson<br>David H. Thompson*<br>Peter A. Patterson*<br>William V. Bergstrom*<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>(202) 220-9600<br>(202) 220-9601 (fax)<br>dthompson@cooperkirk.com<br>ppatterson@cooperkirk.com<br>wbergstrom@cooperkirk.com<br><br>*Admitted *pro hac vice* |

*Attorneys for Plaintiffs*