# Cooper & Kirk

### Lawyers

A Professional Limited Liability Company

David H. Thompson        1523 New Hampshire Avenue, N.W.      (202) 220-9600

dthompson@cooperkirk.com       Washington, D.C.  20036       Fax (202) 220-9601

May 17, 2023

**VIA CM/ECF**

Monica A. Stump
Clerk of Court
United States District Court for the Southern District of Illinois
750 Missouri Avenue
East St. Louis, IL 62201

      RE: *Meyer, et al. v. Raoul, et al.,* No. 21-cv-518 (SMY)

Dear Ms. Stump,

     In *Fraser v. BATFE*, No. 3:22-cv-410, 2023 WL 3355339 (E.D. Va. May 10, 2023) the court declared the federal ban on 18-to-20-year-olds acquiring handguns from licensed federal firearms dealers (18 U.S.C. § 922(b)(1) & (c)) and related laws and regulations) violated the Second Amendment. The decision is instructive on several issues in this case.

     In applying the first part of the *Bruen* analysis, the *Fraser* court relied on several cases Plaintiffs have cited here, including *Worth v. Harrington*, No. 21-cv-1348, 2023 WL 2745673 (D. Minn. Mar. 31, 2023) and *Hirschfeld v. BATFE*, 5 F.4th 407 (4th Cir. 2021), *vacated as moot*, 14 F.4th 322 (4th Cir. 2021), which it called "especially well-reasoned" and "especially instructive," respectively, to conclude that 18-to-20-year-olds fall squarely within "the people" referenced in the Second Amendment. *Fraser*, at **10-14; *see* Pls.' MSJ Br. at 5-10, Doc. 99 (Jan. 6, 2023); Pls.' Resp. Br. at 12-15, Doc. 119 (Feb. 6, 2023); Pls.' Ltr. of Suppl. Auth., Doc. 126-1 (Apr. 10, 2023).

     Turning to history, the Court found prohibitions on the rights of 18-to-20-year-olds purchasing handguns unsupported by any historical tradition of regulation. The Court placed significant weight on "the age of militia enrollment" around the Founding, which "is relevant in helping to determine the history and tradition of firearms regulations," explaining that if "an individual could, or was required to, serve in the militia [that] indicates that society believed he lawfully could, and should, keep and bear arms." *Fraser*, at **15-19; *see* Pls.' MSJ Br. at 7-10, 13-14; Pls.' Resp. Br. at 13-14, 18-20. Because this evidence decisively demonstrated 18-year-olds at the Founding had Second Amendment rights, the Court distinguished later evidence—including some of the same 19th century statutes the State relies on here—as contradictory to the uniform practice of the Founding, and correctly explained that such laws, to the extent they deviate from earlier practices, are unable to tell us anything "about the Founders' understanding of the

# Cooper & Kirk
### Lawyers

Monica A. Stump
May 18, 2023
Page 2 of 2

Second Amendment." *Fraser*, at *21; *see also id.* at *15 n.21; *see* Pls.' MSJ Br. at 11-13; Pls.'
Resp. Br. at 20.

Sincerely,

*s/ David H. Thompson*
David H. Thompson
Counsel for Plaintiffs

cc: All counsel of record