IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID MEYER, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) CIVIL ACTION NO. 3:21-cv-<br>) 00518-SMY ) |
| KWAME RAOUL, et al., | ) ) ) |
| Defendants. | ) |

**PLAINTIFFS' MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

1. Plaintiffs seek leave, pursuant to Local Rule 7.1(a)(6), to file supplemental authority in support of their motion for summary judgment, Pls'. Mot. Summ. J., Doc. 99 (Jan. 6, 2023), and response in opposition to Defendants' motions for summary judgment, Pls'. Resp., Doc. 119 (Feb. 6, 2023).

2. On January 18, 2024, the Third Circuit issued an opinion in *Lara v. Commissioner Pennsylvania State Police*, No. 21-1832, 2024 WL 189453 (3d Cir. Jan. 18, 2024). Like this case, *Lara* involved a challenge to a state law restricting the rights of 18-to-20-year-olds to carry firearms in public and the court's opinion is instructive on several issues relevant here.

3. The *Lara* court rejected the argument, also raised by Illinois, that because 18-to-20-year-olds were, at earlier times, treated as minors for some purposes, they are not part of "the people" protected by the Second Amendment. *See* State Mot. Summ. J. at 17–19, Doc. 101 (Jan. 6, 2023). *Lara*'s reasoning tracked Plaintiffs' arguments: it (1) noted that limiting "the people" to only those who were "the people" at the founding would have troubling implications for all constitutional rights, (2) rejected the idea that "just because individuals under the age of 21 lacked

certain legal rights at the founding" they were not still part of "the people," and (3) recognized that 18-to-20-year-olds were considered "the people" for other constitutional rights, *Lara*, at *5–6; *see* Pls.' Resp. at 12–17.

4.  In analyzing history, *Lara* held that the critical year for understanding the Second Amendment is 1791. *Lara*, at *7–8. It declined to even consider the historical analogues (several of which are also cited by Illinois) that dated from the mid-to-late nineteenth century. *Id.* at *8 n.15; *see* State Mot. Summ. J. at 22–23. That was dispositive of the case, since there was a "conspicuously sparse record of state regulations on 18-to-20-year-olds at the time of the Second Amendment's ratification." *Lara*, at *9.

5.  Plaintiffs seek leave to submit *Lara* as supplemental authority and are not requesting leave to submit further briefing as contemplated by Local Rule 7.1(a)(6). The *Lara* opinion is attached as Exhibit A.

WHEREFORE, the Plaintiffs respectfully request that this Court grant them leave to submit supplemental authority in support of Plaintiffs' motion for summary judgment and response in opposition to Plaintiffs' motion for summary judgment.

| | |
|---|---|
| January 30, 2024 | Respectfully submitted, |
| David G. Sigale (Atty. ID# 6238103)<br>LAW FIRM OF DAVID G. SIGALE, P.C.<br>430 West Roosevelt Road<br>Wheaton, Illinois 60187<br>(630) 452-4547<br>dsigale@sigalelaw.com | /s/ David H. Thompson<br>David H. Thompson*<br>Peter A. Patterson*<br>William V. Bergstrom*<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>(202) 220-9600<br>(202) 220-9601 (fax)<br>dthompson@cooperkirk.com<br>ppatterson@cooperkirk.com<br>wbergstrom@cooperkirk.com<br><br>*Admitted *pro hac vice* |

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID MEYER, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) CIVIL ACTION NO.: ) 3:21-cv-00518-SMY ) |
| KWAME RAOUL, et al., | ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2024, I cause the foregoing to be filed using the CM/ECF system, which will send notification of such filing to counsel of record, who are registered CM/ECF participants.

| | |
|---|---|
| David G. Sigale (Atty. ID# 6238103) | /s/ David H. Thompson |
| LAW FIRM OF DAVID G. SIGALE, P.C. | David H. Thompson* |
| 430 West Roosevelt Road | Peter A. Patterson* |
| Wheaton, Illinois 60187 | William V. Bergstrom* |
| (630) 452-4547 | COOPER & KIRK, PLLC |
| dsigale@sigalelaw.com | 1523 New Hampshire Avenue, N.W. |
| | Washington, D.C. 20036 |
| | (202) 220-9600 |
| | (202) 220-9601 (fax) |
| | dthompson@cooperkirk.com |
| | ppatterson@cooperkirk.com |
| | wbergstrom@cooperkirk.com |
| | |
| | *Admitted *pro hac vice* |

*Attorneys for Plaintiffs*