**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

DAVID MEYER, et al.,                    )
                                        )
       Plaintiffs,                      )
                                        )
                                        )   CIVIL ACTION NO. 3:21-cv-
v.                                      )   00518-DWD
                                        )
KWAME RAOUL, et al.,                    )
                                        )
       Defendants.                      )
                                        )

## <u>DECLARATION OF JACOB FOURNIE</u>

I, Jacob Fournie, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a citizen of the United States and resident of St. Clair County, Illinois, over the age of eighteen and under the age of twenty-one.

2. I am a member of the Second Amendment Foundation, the Illinois State Rifle Association, and the Firearms Policy Coalition.

3. I have a valid Firearm Owners Identification Card.

4. I have never been charged with nor convicted of any misdemeanor or felony offense.  I am a peaceable, responsible citizen and I have never been a member of the Armed Forces. Other than my age, I am eligible to acquire an Illinois firearms carry license under all applicable state laws.

5. I desire to carry a handgun in public for self-defense and would acquire an Illinois firearm carry license and do so if I were not ineligible because of my age.

6. I do not currently carry a handgun in self-defense because I fear prosecution for doing so illegally.

7. I am acquainted with the proper and safe handling, use, and storage of handguns and handgun ammunition.

8. I would acquire a Glock 19 handgun or similar firearm lawfully through an interfamilial gift or through a private sale if I could obtain a license to carry it lawfully.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on March 21, 2024

Jacob Fournie