UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID MEYER, et al.,<br><br>     Plaintiffs,<br>v.<br>KWAME RAOUL, in his official capacity as Attorney General of Illinois, et al.,<br><br>     Defendants. | 21-cv-518-SMY |

## MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY

Kwame Raoul and Brendan Kelly, in their official capacities (the "State Defendants"), by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, move pursuant to Local Rule 7.1(a)(6) for leave to file supplemental authority. In support of this motion, the State Defendants provide the following:

1. Plaintiffs challenge four statutes (720 ILCS 5/24-1(a)(4)(iv); 720 ILCS 5/24-1(a)(10)(iv); 720 ILCS 5/24-1.6(a)(3)(I); and 430 ILCS 66/25(1)) (collectively, the "Challenged Statutes") that they allege prohibit 18-to-20 year olds from carrying firearms outside of the home, in violation of the Second Amendment.

2. On January 6, 2023, Plaintiffs and the State Defendants filed motions for summary judgment. Doc. 99, 101. On February 6, 2023, Plaintiffs and the State Defendants filed responses in opposition to the opposing-party's motion for summary judgment. Doc. 119, 117. Those motions remain pending.

3. On June 21, 2024, the Supreme Court of the United States issued an opinion in *United States v. Rahimi*, 602 U.S. __, 2024 WL 3074728 (2024). In *Rahimi*, the Supreme Court reversed a Fifth Circuit opinion holding unconstitutional a federal law, 18 U.S.C. § 922(g)(8)(C), that generally prohibited individuals under domestic-violence restraining orders from possessing

firearms. The Court held that the Fifth Circuit had misunderstood its Second Amendment caselaw, which was "not meant to suggest a law trapped in amber." *Id.* at *6. The Court clarified that courts considering Second Amendment challenges must "ascertain whether the new law is relevantly similar to laws that our tradition is understood to permit, applying faithfully the balance struck by the founding generation to modern circumstances." *Id.* (cleaned up). A challenged law, the Court emphasized, "must comport with the principles underlying the Second Amendment, but it need not be a 'dead ringer' or a 'historical twin.'" *Id.* Several Justices wrote separately to explain how courts must consider cases in which States did not enact statutes identical to challenged laws at the Founding. Justice Kavanaugh explained that in his view, "post-ratification history" was "especially important" in such cases. *Id.* at *22. And Justice Barrett explained that courts should not "demand[] overly specific analogues" from the Founding Era, an approach that "assumed[] that founding-era legislatures maximally exercised their power to regulate." *Id.* at *30. The *Rahimi* opinion is attached as Exhibit 1.

4. *Rahimi* bears directly on the cross-motions for summary judgment. Plaintiffs argue among other things that the Challenged Statutes are inconsistent with the Nation's historical tradition because States did not enact statutes restricting young adults' access to firearms at the Founding. Doc. 99 at 10-15; Doc. 119 at 18-20. But that argument presupposes a "law trapped in amber," under which States can pass only statutes that are "historical twins" to those enacted in 1791. 2024 WL 3074728, at *6. It cannot be squared with *Rahimi*. This opinion supplements Defendants' motion for summary judgment (Doc. 101 at 19–25) and response in opposition to Plaintiffs' motion for summary judgment (Doc. 117 at 10–14).

5. Accordingly, Defendants request leave to submit *Rahimi* as supplemental authority, and are not requesting leave to submit further briefing as contemplated by Local Rule 7.1(a)(6).

Dated: June 28, 2024

Respectfully submitted,

KWAME RAOUL and BRENDAN F. KELLY,

Isaac Freilich Jones #6323915
Assistant Attorney General
Office of the Attorney General
115 S. LaSalle St. 20th Floor
Chicago, Illinois 60603
Isaac.FreilichJones@ilag.gov

By: /s/ Laura K. Bautista
Laura K. Bautista #6289023
Assistant Chief Deputy Attorney General
Office of the Illinois Attorney General
500 South Second Street
Springfield, Illinois 62706
Phone: (217) 782-5819
Fax: (217) 524-5091
Laura.Bautista@ilag.gov

## CERTIFICATE OF SERVICE

I certify that on June 28, 2024, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/ Laura K. Bautista*
Laura K. Bautista
Assistant Chief Deputy Attorney General