IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID MEYER, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) CIVIL ACTION NO. 3:21-cv-00518-SMY ) |
| KWAME RAOUL, et al., | ) ) ) |
| Defendants. | ) ) |

**DECLARATION OF AUSTIN KREBS**

I, Austin Krebs, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a citizen of the United States and resident of Randolph County, Illinois, over the age of eighteen and under the age of twenty-one.

2. I am a member of the Second Amendment Foundation, the Illinois State Rifle Association, and the Firearms Policy Coalition.

3. I have a valid Firearm Owners Identification Card.

4. I have never been charged with nor convicted of any misdemeanor or felony offense. I am a peaceable, responsible citizen and I have never been a member of the Armed Forces. Other than my age, I am eligible to acquire an Illinois firearms carry license under all applicable state laws.

5. I desire to carry a handgun in public for self-defense and would acquire an Illinois firearm carry license and do so if I were not ineligible because of my age.

6. I do not currently carry a handgun in self-defense because I fear prosecution for doing so illegally.

7. I am acquainted with the proper and safe handling, use, and storage of handguns and handgun ammunition.

8. I currently own a Smith & Wesson M&P 9 handgun that I would carry if I could obtain a license to carry it lawfully.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on June 3, 2025

*/s/ Austin Krebs*
6-3-25

Austin Krebs